### No. 971
### OAKWOOD REALTY CO. v. NOLTE
### SAME v. SYMMES
### SAME v. WILDERMLTH

Nos. 20061-63. Supreme Court

On motion to certify. Dock. Aug. 18, 1926; 4 Abs. 575.

367. DEEDS—Does a covenant in a deed, to pave all streets abutting lots, include a

street which abutts lots but is not in the subdivision?

The question herein involved is whether a covenant contained in a uniform deed to lots in a subdivision to the effect that grantor land company agrees to pave "that portion of the street abutting on said lot" can be construed to include not only street of the subdivision abutting the lot at the time of the deed was executed, but also a street subsequently established outside the subdivision, but abutting the lots on the edge of subdivision.

Attorneys—James & Coolidge for pltf; Bowman & Shively for defts; all of Dayton.